IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| CITY OF DETRTOIT | § § § § § | DEMAND FOR JURY TRIAL |
| | | CLAIM OF UNCOSITUTIONALITY |
| *Plaintiff*, | | |
| v. | § § § | CASE NO. 4:23-CV-12828 |
| SOUL TRIBE INTERNATIONAL MINISTRIERIES, ROBERT SHUMAKE A/K/A BOBBY JAPHIA, | § § § § § | |
| *Defendants*. | § | |

## NOTICE OF APPEARANCE

To:   The Clerk of the Court and all parties of record.

I am admitted or otherwise practice in this court, I appear in this case as counsel for Soul Tribes International Ministries, Robert Shumake a/k/a Bobby Japhia.

April 30, 2024

*/s/ George Gregory Lake, Esq.*
The Law Office of George G. Lake
TX Bar No. 24081565
411 E. Merritt
Marshall, Texas 75670
Phone: (225)368-7108
Email: george.lake.la@gmail.com

## CERTIFICATE OF SERVICE

I certify that on April 24, 2024, a copy of Notice of Appearance was served through the Court's CM/ECF system on the following attorney in charge for plaintiff, the City of Detroit:

Douglas M. Baker (P24517)
Alexa Schneider (P80322)
City of Detroit Law Department
2 Woodward Avenue, Suite 500
Detroit, MI 48226
Phone: (313) 237-043

*/s/ George G. Lake, Esq.*
George G. Lake (TX 24081565)
Attorney at Law
3831 S. Delard Way
Homosassa, FL 34448
Phone: (225) 368-7108
george.lake.la@gmail.com